## GRUBB *vs.* THE STATE OF GEORGIA.

The evidence in this case showed the carrying of a pistol concealed to a place of amusement, the resistance of an officer who was proceeding to arrest a woman who was falsely claimed to be his wife by the defendant, and a shooting at the officer in pursuance of this resistance: and a verdict of assault with intent to murder was right. 1 Bish. Cr. L., 367 and cit.; 29 *Ga.*, 470.

Judgment affirmed.

November 20, 1853.

JACKSON, Chief Justice.

---

## PRYOR *vs.* GOLDSMITH BROTHERS, agents.

The record in this case discloses no error of law by the court, and the finding of the jury was demanded by the evidence. There was no error in refusing a new trial.

Judgment affirmed.

September 25, 1883.

BLANDFORD, Justice

---

## HAMILTON *vs.* PRICE.

1. There was no abuse of discretion in granting a new trial in this case which will require a reversal. Code, §3717.
2. If one obtained the money of another and made a fortunate and profitable investment, and in consideration thereof promised to procure her a place, and in pursuance of this understanding, induced her to move and take possession of certain land, and she abandoned her former home in consequence of this agreement, made permanent and valuable improvements on the land, and parted with her money for that purpose, such a contract and part performance will give a right to relief in equity, by a decree for specific performance.
3. Where the judge of the superior court has granted a new trial, it will not be presumed that errors in charge made on the former trial will be repeated.

Judgment affirmed.